UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others individually situated*,

      Plaintiff,

– against –

GHD PROFESSIONAL, NORTH AMERICA, INC. *and* JEMELLA LIMITED,

      Defendants.

**ORDER**

20 Civ. 4560 (ER)

R‌AMOS, D.J.:

  Williams filed her complaint in this case on June 15, 2020. Doc. 1. More than 90 days later, she has yet to file proof of service with the Court. Accordingly, Williams is ordered to serve GHD Professional and Jemella by October 16, 2020. If she does not, this case will be dismissed without prejudice. Fed. R. Civ. P. 4(m).[1]

It is SO ORDERED.

Dated: September 16, 2020
    New York, New York

                E‌DGARDO R‌AMOS, U.S.D.J.

---

[1] Her filing of an amended complaint on September 14, 2020, Doc. 5, is irrelevant to the Rule 4(m) analysis. *See, e.g.*, *Sikhs for Justice v. Nath*, 893 F. Supp. 2d 598, 607 (S.D.N.Y. 2012) ("The filing of an amended complaint . . . does not restart the [90] day period for service under Rule 4(m).")